IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAMIEN FORD**                                                 **PLAINTIFF**
**ADC #143035**

v.                      No. 5:16-cv-291-DPM-JJV

**WENDY KELLY, Director**
**Arkansas Department of Corrections**              **DEFENDANT**

### ORDER

I recuse. Kathryn Henry is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

                                          _D.P. Marshall Jr._
                                          United States District Judge

                                          27 October 2016