IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAMIEN FORD**  **PETITIONER**
**ADC #143035**

v. Case No. 5:16-cv-00291 KGB/JJV

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**  **RESPONDENT**

# ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe and plaintiff Damien Ford's objections (Dkt. Nos. 23; 24; 25). After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 23).

It is therefore ordered that:

1. Respondent Wendy Kelley's motion to dismiss is granted (Dkt. No. 21).

2. Mr. Ford's petition for writ of habeas corpus is dismissed, and the requested relief is denied (Dkt. No. 2). All other pending motions are denied as moot.

3. The Court will not issue a certificate of appealability because Mr. Ford has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

So ordered this 30th day of June, 2017.

_____
Kristine G. Baker
United States District Judge