IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAMIEN FORD**  **PETITIONER**
**ADC #143035**

v.   Case No. 5:16-cv-00291 KGB/JJV

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**  **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed.

So adjudged this 30th day of June, 2017.

_____
Kristine G. Baker
United States District Judge